*Exhibit "I"*

## SCAN TOP ENTERPRISE CO., LTD.

SIMMONDS BUILDING PO BOX 961, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
Tel:886-2-23451238, Fax:886-2-23451628, Email:wiper@scantop.com.tw

### PROFORMA INVOICE

Messrs. : PYLON MANUFACTURING CORPORATION
1341 NEWPORT CENTER DRIVE WEST
DEERFIELD BEACH, FLORIDA 33442, USA

PAGE : 1
Date : MAY 21, 2012
ORDER: 120762 REV A
Ref. : USZ91225
Cust#: USZ09-9

| Seq. | Item No./Cust_Item | Description | Quantity | Unit Price | Amount (US$) |
|------|--------------------|-------------|----------|------------|--------------|

## SCAN TOP ENTERPRISE CO., LTD.

SIMMONDS BUILDING PO BOX 961, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
Tel:886-2-23451238, Fax:886-2-23451628, Email:wiper@scantop.com.tw

### PROFORMA INVOICE

Messrs. : PYLON MANUFACTURING CORPORATION

PAGE : 2
Date : MAY 21, 2012
Ref. : USZ91225

| Seq. | Item No./Cust_Item | Description | Quantity | Unit Price | Amount (US$) |
|------|--------------------|-------------|----------|------------|--------------|

...TO BE CONTINUED...

SEC00349

用 FinePrint 列印 - 可在 www.fineprint.com 訂購

# SCAN TOP ENTERPRISE CO., LTD.

SIMMONDS BUILDING PO BOX 961, ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS
Tel:886-2-23451238, Fax:886-2-23451628, Email:wiper@scantop.com.tw

## PROFORMA INVOICE

Messrs. : PYLON MANUFACTURING CORPORATION

PAGE : 3
Date : MAY 21, 2012
Ref. : USZ91225

SEC00350

Confirmed By
PYLON MANUFACTURING CORPORATION

_____
The Authorized

SCAN TOP ENTERPRISE CO., LTD.
AUTHORIZED SIGNATURE

用 FinePrint 列印 -可在 www.fineprint.com 訂購